COMMONWEALTH of Pennsylvania,
Respondent

v.

Troy Taquell ALVIN, Petitioner

No. 436 MAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**